**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 1 8 2008

MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 480 |
| v. ) | |
| ) | U.S. Magistrate Arlander Keys |
| UGUR YILDIZ ) | |
| ) | **UNDER SEAL** |

# GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT IN SUPPORT OF COMPLAINT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal the Complaint, the Affidavit in Support of the Complaint, and the Arrest Warrant:

Special Agent Luke Lambert of the United States Immigration and Customs Enforcement Agency is the primary source of information for the Complaint, the Affidavit in Support of the Complaint, and the Arrest Warrant. The Affidavit details the facts supporting probable cause that, between April 15, 2006 and June 15, 2006, inclusive, Ugur Yildiz ("Yildiz"), exported firearms in violation of the Arms Export Control Act, in violation of Title 22, United States Code, Section 2778(b)(2). If Yildiz were made aware of the existence of the Complaint and the Arrest Warrant, Yildiz likely would flee this jurisdiction. In addition, if Yildiz were made aware of the facts in the Affidavit in Support of the Complaint, there is the danger that Yildiz could threaten or harm witnesses, or destroy evidence.

1

For the foregoing reasons, the government respectfully requests that the Complaint, the Affidavit in Support of the Complaint, and the Arrest Warrant be sealed until the arrest of Yildiz.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *SMecklenburg*
SHERI H. MECKLENBURG
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6030

DATE: June 18, 2008