## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 480 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Ugur Yildiz | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Ugur Yildiz. The Government's motion to seal complaint, affidavit in support of complaint and arrest warrant until the arrest of the defendant is granted.

Docketing to mail notices.

00:08

U.S. DISTRICT COURT
CLERK
2008 JUN 19 PM 5: 14
FILED-FEP

| | Courtroom Deputy Initials: | AC |
|---|---|---|