UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 08 CR 480 |
| ) | |
| UGUR YILDIZ ) | U.S. Magistrate Arlander Keys |
| ) | |
| ) | **UNDER SEAL** |

### ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Affidavit in Support of the Complaint, and the Arrest Warrant, and having demonstrated good cause in support of its motion, specifically, that if Ugur Yildiz ("Yildiz") is made aware of the existence of the Complaint and Arrest Warrant, he may flee the jurisdiction to avoid arrest, and, further, he may threaten or harm witnesses and destroy evidence.

IT IS HEREBY ORDERED THAT the Complaint, Affidavit in Support of the Complaint, and Arrest Warrant be sealed until the arrest of Yildiz.

ENTER:

ARLANDER KEYS
United States Magistrate Judge

DATE: June 18, 2008