# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 480 | **DATE** | 6/19/2008 |
| **CASE TITLE** | USA vs. Ugur Yildiz | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 6/19/08. The defendant is informed of his rights. Enter order appointing Daniel Martin as counsel for defendant for these proceedings only. Detention hearing and Preliminary examination set for 6/23/08 at 2:00 p.m. The defendant is ordered detained until further order of Court. This case is ordered unsealed. /AK/

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|