# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 480 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA v Yildiz; | | |

**DOCKET ENTRY TEXT**

Daniel Martin withdraws his appearance as counsel for Defendant. Mr. DeNatalie files his appearance as retained counsel for Defendant. The Defendant waives his right to Preliminary Examination. Enter a finding of probable cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held and continued to 7/11/08 at 10:00 a.m. The Defendant will be released onces certain conditions of bond are met as stated on the record. *AK*

Docketing to mail notices.

00:08;

| | Courtroom Deputy Initials: | AC |
|---|---|---|