UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
6-23-2008
JUN 2 3 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case

Ugur (Mike) Yildiz                                        08 CR 480

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ugur (Mike) Yildiz

| | |
|---|---|
| SIGNATURE | [signature] |
| FIRM | DiNatale Law Offices |
| STREET ADDRESS | 2501 Des Plaines Ave |
| CITY/STATE/ZIP | North Riverside, Ill 60246 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| Ill. 0640336 | 708/447-2900 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [X]   NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [ ]   NO [X]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO [ ]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [X]   APPOINTED COUNSEL [ ]