# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 480 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA v Ugur Yildiz | | |

**DOCKET ENTRY TEXT**

Detention hearing set for 7/11/08 is stricken pursuant to the telephonic request of the parties. The Parties will contact this Court with a mutually agreed status hearing date and time.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|