Minute Order Form (05/97)

# United States District Court, Northern District of Illinois

MAGISTRATE JUDGE KEYS     06 GJ 734

| Name of Assigned Judge or Magistrate Judge | JUDGE PALLMEYER | Sitting Judge if Other than Assigned Judge | *Morton Denlow* |
|---|---|---|---|
| CASE NUMBER | 08 CR 0480 | DATE | JULY 16, 2008 |
| CASE TITLE | US v. UGUR YILDIZ | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the ____SPECIAL MARCH 2007____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge *Morton Denlow*

DOCKET ENTRY:

**NO BOND SET, DETAINED BY MAGISTRATE.**

FILED
JUL 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE              UNDER SEAL)

| | | |
|---|---|---|
| No notices required, advised in open court. | | Number of notices |
| No notices required. | | |
| Notices mailed by judge's staff. | | Date docketed |
| Notified counsel by telephone. | | Docketing dpty. initials |
| Docketing to mail notices. | | |
| Mail AO 450 form. | | Date mailed notice |
| Copy to judge/magistrate judge. | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | Mailing dpty. initials |

DOCKET #