# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 cr 480

Ugur Yildiz

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ugur Yildiz

| | |
|---|---|
| NAME (Type or print) | |
| Michael D. Krejci | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael D. Krejci | |
| FIRM | |
| Michael D. Krejci & Associates, L.L.C. | |
| STREET ADDRESS | |
| 1770 Park Street, Suite 205 | |
| CITY/STATE/ZIP | |
| Naperville, Illinois  60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6190333 | ( 630 ) 388 - 0600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐ | |