UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br><br>UGUR YILDIZ,<br>　　　　　　Defendant. | Court Case No.: 08 CR 480<br><br>Honorable Judge Rebecca R. Pallmeyer |

## MOTION TO SUBSTITUTE ATTORNEY AND EXTEND FILING DATE

NOW COMES, the Defendant, UGUR YILDIZ by and through his attorney, MICHAEL D. KREJCI, respectfully requests this Honorable Court to extend filing date.

In support thereof Defendant submits the following:

1. The Defendant has retained new counsel to represent him on the above captioned matter and wishes to have his previous attorney Joseph Dinatale to withdraw from this case.

2. New counsel has filed his appearance on August 15, 2008.

3. Defendant requests an extension to file any pretrial motions in this matter.

4. The Defendant needs additional time to meet with his new counsel and to file pretrial motions.

WHEREFORE, Defendant UGOR YILDIZ, respectfully requests that this Honorable Court to withdraw Joseph Dinatale as attorney of record and to enter an order granting an extension to file any pretrial motions for the Defendant.

Respectfully submitted,

 /s/Michael D. Krejci
Michael D. Krejci, Attorney for UGOR YILDIZ
Michael D. Krejci and Associates, L.L.C.
1770 Park Street, Suite 205
Naperville, Illinois 60563
Tel.   630/388-0600

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R. Civ. P. 5., LR 5.5 and the General Order on Electronic Case Filing (ECF), this document and the following:

### MOTION TO SUBSTITUTE ATTORNEY AND EXTEND FILING DATE

was served pursuant to the district court's ECF system as to ECF filers on August 15, 2008, to the following:

**Sheri H. Mecklenburg**
Assistant United States Attorney
sheri.mecklenburg@usdoj.gov

Respectfully submitted,

By:   /S/ Michael D. Krejci
Michael D. Krejci, Attorney Bar No.: 6190333
Attorney for Defendant UGOR YILDIZ.
Michael D. Krejci and Associates, L.L.C.
1770 Park Street, Suite 205
Naperville, Illinois 60563
Tel.   630/388-0600
mdkrejci@yahoo.com, info@krejcikaynelaw.com