UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,
vs.

Case No.: 08 CR 480

Honorable Judge Rebecca R. Pallmeyer

UGUR YILDIZ,
          Defendant.

## NOTICE OF MOTION

**TO:** United State's Attorneys' Office
for Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

*cc: Courtesy Copy to Honorable Judge Rebecca R. Pallmeyer*

    YOU ARE HEREBY NOTIFIED that on the **28th day of August, 2008**, at 9:30 AM, or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Judge *Rebecca R. Pallmeyer*, in Courtroom 2119 and shall then and there present the attached

MOTION TO SUBSTITUTE ATTORNEY AND EXTEND FILING DATE

at which time and place you may appear if you see fit to do so.

                              /s/Michael D. Krejci
                              Michael D. Krejci

Michael D. Krejci and Associates, L.L.C.
1770 Park Street, Suite 205
Naperville, Illinois 60563
Tel.   630/388-0600

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R. Civ. P. 5., LR 5.5 and the General Order on Electronic Case Filing (ECF), this document and the following:

MOTION TO SUBSTITUTE ATTORNEY AND EXTEND FILING DATE

was served pursuant to the district court's ECF system as to ECF filers on August 20, 2008, to the following:

**Sheri H. Mecklenburg**
Assistant United States Attorney
sheri.mecklenburg@usdoj.gov

Respectfully submitted,

By:   /S/ Michael D. Krejci
Michael D. Krejci, Attorney Bar No.: 6190333
Attorney for Defendant UGOR YILDIZ.
Michael D. Krejci and Associates, L.L.C.
1770 Park Street, Suite 205
Naperville, Illinois 60563
Tel.   630/388-0600
Email:mdkrejci@yahoo.com,
info@krejcikaynelaw.com