## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 480 - 1 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. Ugur Yildiz | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/28/2008.  Motion to substitute attorney and extend filing date [17] granted.  Joseph Dinatale granted leave to withdraw and Michael D. Krejci granted leave to substitute as counsel for Defendant.  Defendant's pretrial motions extended to 9/29/2008; government's response extended to 10/10/2008.  Status hearing set for 10/16/208 at 9:00.  Excludable time to continue pursuant to 18:3161(h)(1)(F).  (X-E)

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|